**DISMISS; Opinion Filed May 30, 2013.**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

### No. 05-13-00099-CR
_____

### ROBERT CLYDE MCMILLEN, Appellant
### V.
### THE STATE OF TEXAS, Appellee

_____

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F12-59889-Y

_____

### MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans
Opinion by Justice Lang

Robert Clyde McMillen pleaded guilty to felony theft. *See* TEX. PEN. CODE ANN. § 31.03(e)(4)(D) (West Supp. 2012). Pursuant to a plea agreement, the trial court assessed punishment at ten months' confinement in a state jail and a $1,500 fine. Appellant waived his right to appeal in conjunction with the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified that appellant does not have the right to appeal. *See* TEX. R. APP. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). We dismiss the appeal for want of jurisdiction.

/Douglas S. Lang/
_____
DOUGLAS S. LANG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
130099F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ROBERT CLYDE MCMILLEN, Appellant

No. 05-13-00099-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 7, Dallas County, Texas
Trial Court Cause No. F12-59889-Y.
Opinion delivered by Justice Lang, Justices
Myers and Evans participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of
jurisdiction.

Judgment entered this 30th day of May, 2013.

/Douglas S. Lang/

DOUGLAS S. LANG
JUSTICE